## Commonwealth v. Gold & Stock Telegraph Company, etc.

(Decided January 27, 1915.)

### Appeal from Jefferson Circuit Court (Chancery Branch, First Division).

Taxation—Action by Revenue Agent to Recover Taxes on Omitted Assessment.—In view of the ruling of this court in Commonwealth, by etc. v. Ewald Iron Co., 153 Ky., 116, that of the circuit court in dismissing, at the cost of the revenue agent, this action brought by him to recover taxes on property claimed to have been omitted from assessment, was error.

MATT J. HOLT and A. SCOTT BULLITT for appellant.

RICHARDS & HARRIS, GEORGE H. FEARONS and FRANCIS N. WHITNEY for appellees.

OPINION OF THE COURT BY JUDGE SETTLE—Reversing.

This appeal from a judgment of the Jefferson Cir-
cuit court, chancery branch, first division, which dis-
missed,.without prejudice and at the cost of the relator,
this action brought by the latter in the name of the Com-
monwealth against appellees for the recovery of taxes
on property alleged to have been omitted from assess-
ment, is a companion case to those of Commonwealth of
Kentucky, by etc., v. Standard Oil Co., 162 Ky., 149, and
Commonwealth of Kentucky, by etc., v. Intersouthern
Life Ins. Co., etc., 162 Ky., 228, and is controlled by the
opinions therein. It was held by the circuit court in this
case, as in those, that the dismissal of the action at the
cost of the revenue agent, was authorized by Chapter 15,
Article 2, Section 5, page 396, Acts of 1912, because of
the failure of the revenue agent to prosecute it with due
diligence.

In view of the construction given the act, *supra,* in
Commonwealth v. Ewald Iron Co., 150 Ky., 116, we must
hold in this case, as was done in Commonwealth of Ken-
tucky, by etc., v. Standard Oil Co., and Commonwealth
of Kentucky, by etc., v. Intersouthern Life Ins. Co.,
*supra,* that the judgment appealed from is erroneous.

For the reasons indicated the judgment is reversed
and cause remanded for proceedings in conformity with
the opinion in the Ewald case.